IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAHAD GHAFFAR, <br><br> Plaintiff, <br><br> v. <br><br> JOHN PAULSON, et al., <br><br> Defendants. | CIVIL NO. 23-1455 (CVR) |

## JUDGMENT

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice" (Docket No. 138), all claims filed by Plaintiff Fahad Ghaffar against Defendants John Paulson and Paulson PRV Holdings, LLC, are DISMISSED WITH PREJUDICE, without the imposition of costs or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, on this 7th day of October 2024.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ-RIVE
UNITED STATES DISTRICT JUDGE